SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
OMAR LUNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>    Plaintiff,<br><br>   vs.<br><br>THE SPARKS STREET LAUNDRY COMPANY, INC; DAVID S KAHAN, AS TRUSTEE OF THE DAVID S. KAHAN AND SALLY KAHAN FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:21-cv-01090-JFW (JPRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STANLEY KAHAN, AS TRUSTEE OF THE DAVID S. KAHAN AND SALLY KAHAN FAMILY TRUST** |

**PLEASE TAKE NOTICE** that Plaintiff OMAR LUNA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant **STANLEY KAHAN, AS TRUSTEE OF THE DAVID S. KAHAN AND SALLY KAHAN FAMILY TRUST** ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

//

//

//

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(a) **Voluntary Dismissal.**

(1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 2, 2022    SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT