**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
OMAR LUNA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>           Plaintiff,<br><br>   vs.<br><br>THE SPARKS STREET LAUNDRY COMPANY, INC; STANLEY KAHAN, AS TRUSTEE OF THE DAVID S. KAHAN AND SALLY KAHAN FAMILY TRUST; ITEMP INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:21-cv-01090-JFW (JPRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

     **PLEASE TAKE NOTICE** that OMAR LUNA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

       (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  March 21, 2022        SO. CAL. EQUAL ACCESS GROUP


By:  ___/s/  *Jason J. Kim*_____
     Jason J. Kim, Esq.
     Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**