UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-01090-JFW-JPRx     Date 3/21/22

Title: Omar Luna v. The Sparks Street Laundry Company, Inc. et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                           Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Voluntary Dismissal filed by PLAINTIFF [20] - Motion for Default Judgment [19] denied as moot.

**Make JS-6**

☐ Entered _____.

Initials of Preparer     sr